UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -8 AM 10: 42

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Isuzzu LOPEZ-Narvaez,<br><br>　　　　　Defendant | Magistrate Docket No.<br>'08 MJ 2762<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **September 6, 2008** within the Southern District of California, defendant, **Isuzzu LOPEZ-Narvaez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　Dwain R. Holmes Jr.
　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF **SEPTEMBER, 2008**

　　　　　　　　　　　　　　　　　　　　　　Louisa S. Porter
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Isuzzu LOPEZ-Narvaez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 6, 2008, Senior Patrol Agent A. Briseno was working linewatch duties in Imperial Beach Border Patrol Station's area of responsibility. At approximately 7:00 a.m., Agent Briseno responded to a call from Agent J. Enriquez of a group of 20 or more suspected illegal aliens who were attempting to enter the United States in an area known as "Soccer Field." Agent Enriquez had stated via his service radio that the group had cut the secondary fence, and crawled through a hole in the fence. This area is approximately 50 yards north of the United States/Mexico International Boundary and approximately three miles east of the San Ysidro, California Port of Entry. This area is notorious for the presence of undocumented aliens and their smugglers attempting to further their illegal entry into the United States undetected. Agent Briseno responded to the area known as "Airways" and observed three individuals hiding in an open field, as if trying to avoid being seen. Agent Briseno made contact with the three individuals and identified himself as a United States Border Patrol Agent. As he was attempting to detain the three individuals, he witnesses one individual running south in the field. Agent Briseno followed the one individual and witnessed three more individuals running east from the Adesa Auction lot, located on Cactus Road. Agent Briseno then detained these four individuals. Agent Briseno identified himself as a Border Patrol Agent and proceeded to question all seven individuals as to their immigration status. All seven, including one later identified as the defendant, **Isuzzu LOPEZ-Narvaez**, stated that they were undocumented Mexican nationals, and that they were present in the United States illegally. At approximately 7:30 a.m., all individuals, including the defendant, were arrested and transported to the Imperial Beach Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 12, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on September 7, 2008 at 9:30 a.m.

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 6, 2008, in violation of Title 8, United States Code, Section 1326.

Louis S. Porter
United States Magistrate Judge

9/7/08  11:25AM
Date/Time